|  |  |  |  | proceedings consistent with this opinion |
|---|---|---|---|---|
|  |  |  | ROBB, J. | Concurs |
|  |  |  | BROWN, J. | Concurs |
| White v. State | 02A03–1512–CR–2367 | 01/24/2017 | MATHIAS, J. | Affirmed |
|  |  |  | ROBB, J. | Concurs |
|  |  |  | BROWN, J. | Concurs |
| Caraboa v. Johnson County Fraternal Order of Eagles, Inc. #4132 | 41A01–1606–CT–1435 | 01/25/2017 | ROBB, J. | Affirmed |
|  |  |  | KIRSCH, J. | Concurs |
|  |  |  | BARNES, J. | Concurs |
| Stempien v. Keating | 02A03–1609–CT–2208 | 01/25/2017 | BAILEY, J. | Affirmed |
|  |  |  | NAJAM, J. | Concurs |
|  |  |  | MAY, J. | Concurs |
| Bakewell v. State | 20A05–1603–CR–705 | 01/25/2017 | RILEY, J. | Affirmed |
|  |  |  | CRONE, J. | Concurs |
|  |  |  | ALTICE, J. | Concurs |
| Hollis v. State | 49A02–1607–CR–1550 | 01/25/2017 | ROBB, J. | Affirmed |
|  |  |  | KIRSCH, J. | Concurs |
|  |  |  | BARNES, J. | Concurs |
| Massey v. State | 49A02–1608–CR–1959 | 01/25/2017 | BAILEY, J. | Affirmed |
|  |  |  | NAJAM, J. | Concurs |
|  |  |  | MAY, J. | Concurs |
| Taylor v. State | 02A05–1603–CR–635 | 01/26/2017 | MAY, J. | Affirmed |
|  |  |  | KIRSCH, J. | Concurs |
|  |  |  | CRONE, J. | Concurs |
| Mobile Home Management Indiana, LLC v. Avon Village MHP, LLC | 32A01–1602–MI–199 | 01/26/2017 | CRONE, J. | Affirmed |
|  |  |  | MAY, J. | Concurs |
|  |  |  | MATHIAS, J. | Concurs |
| Starks v. State | 69A01–1608–CR–1926 | 01/26/2017 | MAY, J. | Affirmed |
|  |  |  | NAJAM, J. | Concurs |
|  |  |  | BAILEY, J. | Concurs |
| J.W, Matter of | 18A05–1606–JT–1396 | 01/26/2017 | CRONE, J. | Affirmed |
|  |  |  | RILEY, J. | Concurs |
|  |  |  | ALTICE, J. | Concurs |